```
                                            FILED
                                   CLERK, U.S. DISTRICT COURT

 1  STEPHANIE YONEKURA
    Acting United States Attorney        May 15, 2015
 2  ROBERT E. DUGDALE
    Assistant United States Attorney  CENTRAL DISTRICT OF CALIFORNIA
 3  Chief, Criminal Division          BY:      PMC     DEPUTY
 4  STEVEN R. WELK
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
 6  JENNIFER M. RESNIK
    Assistant United States Attorney
 7  Asset Forfeiture Section
    California Bar No. 233634
 8      Federal Courthouse, 14th Floor
        312 North Spring Street
 9      Los Angeles, California 90012
10      Telephone: (213) 894-6595
        Facsimile: (213) 894-7177
11      E-mail: Jennifer.Resnik@usdoj.gov
12
    Attorneys for Plaintiff
13  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-06773-SVW (FMOx) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] CONSENT JUDGMENT OF FORFEITURE |
| $86,988.18 IN BANK ACCOUNT FUNDS, $21,056.02 IN BANK ACCOUNT FUNDS, $44,500.00 IN U.S. CURRENCY, AND A 2003 HONDA ACCORD, | |
| Defendants. | |
| HOWARD CHEN, | |
| Claimant. | |

This action was filed on October 18, 2007. Notice was given and published in accordance with law. Claimant Howard Chen ("Claimant") filed the only claim to the defendants which are described more particularly as follows (collectively the "defendant assets"):

    a.   $86,988.18 in Bank Account Funds seized on or about May 23, 2007, comprised of the following funds from accounts in the name of Yen Lin Hsu at Cathay Bank: i) $46,853.86 from account number ending with 7401[1] (CATS Identification Number 07-DEA-485082); ii) $31,075.00 from account number ending with 7820(CATS Identification Number 07-DEA-485083); and iii) $9,059.32 from account number ending with 1656 (CATS Identification Number 07-DEA-484969); and $21,056.02 in Bank Account Funds seized on or about May 23, 2007, comprised of the following funds from accounts in the name of Howard Chen at Washington Mutual Bank: iv) $10,222.92 from account number ending with 2076 (CATS Identification Number 07-DEA-484572); and v) $10,833.10 from account number ending with 8359 (CATS Identification Number 07-DEA-484656) (collectively the "defendant bank account funds");

    b.   $44,500.00 in U.S. Currency (the "defendant currency") comprised of i) $40,000.00 seized on or about May 23, 2007, from a Washington Mutual Bank safe deposit box in the name of Howard Chen (CATS Identification Number 07-DEA-484564); and ii) $4,500.00 seized on or about May 16, 2007, from the residence of

---

[1] Pursuant to Local Rule 5.2-1, only the last four digits of the bank account are listed.

Howard Chen and Victoria Hsieh in Temple City, California (CATS Identification Number 07-DEA-484903);

    c.   One 2003 Honda Accord, VIN 1HGCM826X3A029670 (CATS Identification Number 07-DEA-484845) (the "defendant vehicle").

Pursuant to the Judgment and Commitment Order against Claimant in <u>United States v. Howard Chen, et al.</u>, Case No. CR 07-00463-JFW (Docket No. 161), the Court ordered Claimant to pay a fine in the amount of $17,500.00 plus interest (the "criminal fine") to the Clerk of the Court for the Central District of California. The interest accumulated as of November 14, 2014, on the criminal fine is $1,854.32. The daily rate of interest on the fine is $0.77.

No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimant have reached an agreement that is dispositive of the action. The parties have requested that the Court enter this Consent Judgment of Forfeiture.

**WHERE, IT IS ORDERED, ADJUDGED AND DECREED:**

    A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

    B.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. §§ 881(a)(4), (a)(6), 18 U.S.C. §§ 981(a)(1)(A) and (C).

    C.   Notice of this action has been given in accordance with law. All potential claimants to the defendant assets other than Claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

1   D.   The United States of America (the "government") shall
2 pay the total amount of the criminal fine with the defendant
3 bank account funds.  50% of the remainder of the defendant bank
4 account funds plus any interest earned by the government on that
5 amount since the time of seizure shall be paid to Claimant no
6 later than sixty (60) days from the date of entry of this
7 judgment, through his attorney, David J.P. Kaloyanides, by
8 electronic transfer directly into the account entitled "David
9 J.P. Kaloyanides Attorney-Client Trust Account."  Claimant
10 agrees to provide the appropriate financial institution account
11 information with 10 days of execution of this consent judgment.
12 Said payment shall be subject to applicable federal law.
13   E.   The United States of America shall have judgment as to
14 (1) the remaining defendant bank account funds and the defendant
15 currency, together with all interest earned by the government on
16 those amounts since the time of seizure; and (2) the defendant
17 vehicle, and no other person or entity shall have any right,
18 title or interest therein.
19   F.   Claimant has released the United States of America,
20 its agencies, agents, and officers, including employees and
21 agents of the Drug Enforcement Administration, from any and all
22 claims, actions or liabilities arising out of or related to this
23 action, including, without limitation, any claim for attorney's
24 fees, costs or interest which may be asserted on behalf of
25 Claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.
26 Nothing in this proposed consent judgment is intended as, nor
27 should anything in this proposed consent judgment be interpreted
28 as an admission by Claimant of any liability or wrongdoing.

G.  The court finds that there was reasonable cause for the seizure of the defendant assets and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: May 15, 2015

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: May 8, 2015

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: 4-28-2015

HOWARD CHEN, Claimant

DATED: May 7, 2015

DAVID J.P. KALOYANIDES, APLC

DAVID J.P. KALOYANIDES
Attorney for Claimant
HOWARD CHEN

5